**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JON BOWMAN; Individually<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; A Governmental Entity; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, A Government Entity; SAN BERNARDINO COUNTY DEPUTY SHERIFF E. MARTINEZ, Individually; and DOES 1 through 5,<br><br>Defendants. | Case No.: 5:22-cv-02198 JGB (SHK)<br>*Honorable Jesus G. Bernal*<br>*Courtroom 1*<br><br>**JUDGMENT**<br><br>Action Filed: December 13, 2022 |

  Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure and by reason of the Court's orders in this action and the jury's special verdict, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

  By reason of the unanimous special verdict and the Court's ruling on Defendants' Motion for Summary Judgment/Motion for Partial Summary Judgment of Issues, Plaintiff MICHAEL JON BOWMAN shall recover nothing by reason of

each and all of his claims as set forth in the First Amended Complaint against COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, DEPUTY SHERIFF E. MARTINEZ, individually and in his official capacity as a deputy with the County of San Bernardino and San Bernardino County Sheriff's Department, and DETECTIVE JASON DELL, individually and in his official capacity as a detective with the County of San Bernardino and San Bernardino County Sheriff's Department. Judgment is entered in favor of all Defendants.

Defendants may file an Application to the Clerk to Tax Costs. C.D. Cal. L.R. 54-2. The Clerk is directed to close the case.

IT IS SO ORDERED.

Dated: May 23, 2025

Honorable Jesus G. Bernal